IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 16-10526TPA |
| | : | |
| BONNY L. JONES, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, N.A., | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|         v. | : | RELATED TO CLAIM NO. 5 |
| | : | |
| BONNY L. JONES; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
|    Respondents. | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                                      Respectfully submitted,

                                                      QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222, Extension 1045
        Direct Dial: 814-314-1051
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 16-10526TPA |
| | : | |
| BONNY L. JONES, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, N.A., | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 5 |
| | : | |
| BONNY L. JONES; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
|    Respondents. | : | |

## CERTIFICATE OF SERVICE OF DECLARATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 28, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

    Ronda J. Winnecour, Esquire, Chapter 13 Trustee
    **cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 28, 2018

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                BY:    /s/Michael S. JanJanin
                                                         Michael S. Jan Janin, Esquire
                                                         PA Id. No. 38880
                                                         2222 West Grandview Boulevard
                                                         Erie, Pennsylvania 16506-4508
                                                         Telephone: 814-833-2222, Extension 1045
                                                         Direct Dial: 814-314-1051
                                                         Facsimile: 814-833-6753
                                                         E-Mail: mjanjanin@quinnfirm.com
                                                         Counsel for Debtor

#1175604