**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bonny Lynette Jones**
   Debtor(s)

Bankruptcy Case No.: 16–10526–TPA
Related to Docket No. 65
Chapter: 13
Docket No.: 66 – 65
Concil. Conf.: 3/16/21 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 22, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 15, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **3/16/21** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 8, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10526-TPA |
| Bonny Lynette Jones | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 3 |
| Date Rcvd: Jan 08, 2021 | Form ID: 213 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonny Lynette Jones, 12171 Schumaker Street, Conneaut Lake, PA 16316-2943 |
| 14248875 | + | Brian E. Jones, 20715 Peters Road, Saegertown, PA 16433-5727 |
| 14248884 | + | Meadville Medical Center, 751 Liberty Street, Meadville, PA 16335-2591 |
| 14248886 | + | PNC Bank, N.A., P.O. Box 8800, Dayton, OH 45401-8800 |
| 14238736 | + | Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14248876 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 09 2021 04:04:09 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14247320 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 09 2021 04:04:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14248879 | + | Email/Text: rkiser@co.crawford.pa.us | Jan 09 2021 04:41:00 | Crawford County Tax Claim Bureau, Crawford County Courthouse, 903 Diamond Park, Meadville, PA 16335-2640 |
| 14248880 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2021 04:04:12 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14302889 | | Email/Text: G06041@att.com | Jan 09 2021 04:41:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14248881 | | Email/Text: kthomas@eriefcu.org | Jan 09 2021 04:41:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1898 |
| 14255383 | + | Email/Text: kthomas@eriefcu.org | Jan 09 2021 04:41:00 | Erie Federal Credit Union, 1109 E. 38th Street, Erie, PA 16504-1845 |
| 14248878 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 09 2021 04:04:07 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14248883 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2021 04:14:14 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14248882 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2021 04:04:18 | LVNV Funding LLC, 15 S. Main Street, Suite 500, Greenville, SC 29601-2769 |
| 14241345 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2021 04:04:18 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14238735 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 09 2021 04:40:00 | PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14305938 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 09 2021 04:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

Case 16-10526-TPA    Doc 67    Filed 01/10/21    Entered 01/11/21 00:40:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2021 | Form ID: 213 | Total Noticed: 23 |

| 14248888 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| --- | --- | --- | --- | --- |
| | | | Jan 09 2021 04:40:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14248887 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 09 2021 04:40:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14248890 | + | Email/Text: jsprentz@urc.com | | |
| | | | Jan 09 2021 04:41:00 | United Refining, P.O. Box 599, Warren, PA 16365-0599 |
| 14248891 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 09 2021 04:40:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14248892 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jan 09 2021 04:40:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14248877 | * | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14248885 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14248889 | *+ | Udren Law Offices, P.C., 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Michael S. Jan Janin | on behalf of Debtor Bonny Lynette Jones mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | |

| District/off: 0315-1 | User: agro | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2021 | Form ID: 213 | Total Noticed: 23 |

|  |  |
|---|---|
| Ronda J. Winnecour | ustpregion03.pi.ecf@usdoj.gov |
|  | cmecf@chapter13trusteewdpa.com |

TOTAL: 6