Case 16-10526-TPA    Doc 70    Filed 03/17/21    Entered 03/17/21 16:07:39    Desc Main
Document    Page 1 of 1
FILED
3/17/21 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Bonny Lynette Jones
Case Number: 16-10526-TPA    (Chapter 13)
Date / Time / Room: 03/16/2021 10:00 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*  #65 – Trustee's Certificate of Default to Dismiss
#68 – Resp. by Debtor

### *Appearances:*

Debtor: _____ (signature)
Trustee: Winnecour/ Katz / DeSimone Wambrodt
Creditor:

### *Proceedings:*

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to_____, effective
7. ✓ Plan/Motion continued to 5/18/21 at 10:00.
8. ___ An Amended Plan is to be served on allcreditors and certificate of service filed by
Objections aredue on or before _____.
A hearing on theAmended is set for _____ at _____.
9. ___ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment: