FILED
5/20/21 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

              Debtor: Bonny Lynette Jones
         Case Number: 16-10526-TPA            (Chapter 13)
   Date / Time / Room: 05/18/2021 10:00 am /Bankruptcy Courtroom
      Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**    #65 - Cont. Trustee's Certificate of Default to Dismiss
               #68 - Resp. by Debtor

### *Appearances:*

Debtor: M. Janjanin *(handwritten)*
Trustee: (Winnecour) / Katz / DeSimone
Creditor:

### *Proceedings:*

Recommended Outcome: Dismissed without prejudice *(handwritten)*

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to_____, effective _____ .
7. ____ Plan/Motion continued to _____ at _____ .
8. ____ An Amended Plan is to be served on allcreditors and certificate of service filed by
   Objections aredue on or before _____.
   A hearing on theAmended is set for _____ at _____ .
9. ____ Other:

### **For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment: