**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BONNY LYNETTE JONES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-10526 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/31/2016 and confirmed on 07/20/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 39,274.56 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 39,269.56 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,965.00 | |
|   Trustee Fee | 1,827.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,792.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 30,104.96 | 0.00 | 30,104.96 |
|     Acct: 1923 | | | | |
|   PNC BANK NA | 9,451.28 | 4,371.76 | 0.00 | 4,371.76 |
|     Acct: 1923 | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1990 | | | | |
| | | | | 34,476.72 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNY LYNETTE JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONNY LYNETTE JONES | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-10526 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| MICHAEL S JAN JANIN ESQ | 2,965.00 | 2,965.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 449.28 | 0.00 | 0.00 | 0.00 |
| Acct: 4923 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1314 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 684.91 | 0.00 | 0.00 | 0.00 |
| Acct: 9026 | | | | |
| MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED REFINING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 649 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 9,305.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1990 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURCE | 927.50 | 0.00 | 0.00 | 0.00 |
| Acct: 2494 | | | | |
| PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **TOTAL PAID TO CREDITORS** | | | | 34,476.72 |

TOTAL CLAIMED
PRIORITY         0.00
SECURED       9,451.28
UNSECURED     11.367.57

Date: 06/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com